THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rodney Barnes, Appellant.
 
 
 

Appeal From Clarendon County
R. Ferrell Cothran, Jr., Circuit Court Judge

Unpublished Opinion No. 2011-UP-270
Submitted May 1, 2011  Filed June 8, 2011

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert Pachak, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Rodney Barnes appeals his convictions for distribution of cocaine base and distribution of cocaine base within proximity of a public
park, arguing his character was inappropriately placed at issue.  After a thorough review of the record and counsel's brief pursuant to Anders v.
California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be
relieved.[1]
APPEAL DISMISSED. 
FEW, C.J., KONDUROS, J., and CURETON, A.J., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.